# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DUSTIN JACKSON

VERSUS

FCCI INSURANCE COMPANY,
STEWART INTERIOR
CONTRACTORS, L.L.C., AND
JAMES CAGLE

NO. 2020 CW 0637

AUG 2 8 2020

---

In Re: Dustin Jackson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 658952.

---

**BEFORE: HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

TMH

**Theriot, J.,** concurs and would deny the writ.

**Wolfe, J.,** dissents and would grant the writ. Although a broad range of discovery is favored, the information sought appears to be too intrusive and the relevancy is questionable. The defendant already was granted access to plaintiff's bank records and has taken several discovery depositions but has yet to depose the plaintiff, even though this litigation has been pending for several years.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT